# United States District Court
### WESTERN DISTRICT OF TENNESSEE
### Eastern Division

GUY BANKS

v.

JO ANNE B. BARNHART,
Commissioner of Social Security

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   04-1216-T

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

　　IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 09/16/05, the ALJ's decision is REVERSED. This case is REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for a further administrative hearing.

APPROVED:

_(signature)_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

THOMAS M. GOULD
CLERK

9/23/05
DATE

BY: _C. Hard_
DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __09-26-05__.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 1:04-CV-01216 was distributed by fax, mail, or direct printing on September 26, 2005 to the parties listed.

---

Joe H. Byrd
BYRD & BYRD
P.O. Box 2764
Jackson, TN 38302--276

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT